UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
KLX, INC., a Delaware Corporation,

                              Plaintiff,          No. 15-cv-2782 (LAP)(JCM)

      - against -

                                         **NOTICE OF MOTION**

DAVID NISSEN and JOAN NISSEN,

                              Defendants.
------------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Defendants David Nissen and Joan Nissen, by and through their attorney Ruskin Moscou Faltischek, P.C., hereby moves this Court before the Honorable Loretta A. Preska, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), or, alternatively, directing the Plaintiff KLX, Inc. to provide a more definite statement of its claims pursuant to Fed. R. Civ. P. 12(e).

Dated:  Uniondale, New York
           May 26, 2015

                                                  Respectfully submitted,

                                                  RUSKIN MOSCOU FALTISCHEK, P.C.

                                                  By:   /s/ Norman R. Cerullo
                                                         Norman R. Cerullo
                                                         Jennifer L. Hartmann
                                                         1425 RXR Plaza
                                                         East Tower, 15th Floor
                                                         Uniondale, New York  11556
                                                         Telephone:  (516) 663-6600

                                                         *Attorney for Defendants*
                                                         *David Nissen and Joan Nissen*