

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel:  212.880.3800
Fax:  212.880.8965

Dir:  212.880.3874
Dir Fax:  212.905.6411
Scott.Kessler@akerman.com

May 27, 2015

**VIA ECF**

The Honorable Loretta A. Preska, Chief U.S.D.J.
United States Courthouse
500 Pearl Street, Room 2220
New York, NY  10007

Re:  **KLX Inc. v. Nissen, et al.; Case No. 7:15 Civ. 2782 (LAP)**

Dear Judge Preska:

      We represent Plaintiff KLX Inc. ("Plaintiff" or "KLX") in the above-caption matter.  We jointly submit this letter with Norman R. Cerullo, Esq., counsel to Defendants David Nissen and Joan Nissen ("Defendants" or the "Nissens"), to memorialize Your Honor's rulings and the upcoming scheduling deadlines from the conference held this morning.

1. The Nissens are directed to produce to Plaintiff's vendor, Evolve Discovery, the following identified devices for imaging and inspection by the close of business on May 28, 2015, in accordance with the finalized Electronically Stored Information Protocol, dated May 27, 2015 (and attached hereto): three (3) laptop computers; two (2) iPhones; and (1) thumb drive.

2. On or before June 15, 2015, the parties are to exchange witness and exhibit lists for the Preliminary Injunction Hearing, scheduled for June 29-30, 2015.

3. KLX shall respond to Defendants' motion to dismiss on June 16, 2015; and Defendants shall submit their reply papers on July 10, 2015.

4. Counsel for the parties shall appear before the Court for a status conference on a date and time to be determined by the Court but in advance of the scheduled Preliminary Injunction Hearing.

akerman.com

{32262687;1}

The Honorable Loretta A. Preska, Chief U.S.D.J.
May 27, 2015
Page 2
_____

                                                  Respectfully submitted,

                                                  /s/ *Scott M. Kessler*

                                                  Scott M. Kessler

Enclosure

cc:     Norman R. Cerullo, Esq.
         Jennifer L. Hartmann, Esq.

{32262687;1}