UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLX, INC., a Delaware Corporation,

Plaintiff,

-against-

DAVID NISSEN and
JOAN NISSEN,

Defendants.

/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/15

15 Civ. 2782 (Judge Preska)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Andrew M. Loewenstein, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois and Florida; and that his/her contact information is as follows:

Applicant's Name: Andrew M. Loewenstein

Firm Name: Akerman LLP

Address: 777 South Flagler Drive, Suite 1100, West Tower

City/State/Zip: West Palm Beach, Florida 33401

Telephone/Fax: Tel. (561) 653-5000 and Fax (561) 659-6313

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, KLX Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _6/1/15_

_____
United States District / Magistrate Judge

{31255888;1}