

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
Tel: 212.880.3800
Fax: 212.880.8965

Dir: 212.880.3874
Dir Fax: 212.905.6411
Scott.Kessler@akerman.com

June 9, 2015

**VIA ECF**

Honorable Loretta A. Preska, Chief U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007-1312

    Re:    *KLX Inc. v. Nissen, et al.*, 7:15 Civ. 2782 (LAP)

Dear Judge Preska:

    We represent Plaintiff KLX Inc. ("Plaintiff" or "KLX") in the above-captioned matter, and submit this letter jointly with counsel for Defendants David Nissen and Joan Nissen (collectively, "Defendants") (altogether, the "Parties") to request an adjournment of the Hearing for Plaintiff's Motion for a Preliminary Injunction (the "Motion"), presently scheduled for June 29-30, 2015. The Parties make this request after agreeing to the terms of a Stipulation (attached hereto as Exhibit A), which they believe will permit them, over the course of the next month, to determine the possibility of resolving the Motion without incurring the time, cost and resources associated with conducting the Hearing. The Parties accordingly respectfully request that Your Honor so-order the attached Stipulation.

    The Parties further request, pursuant to the terms of the Stipulation, that Your Honor set a new hearing date at a time convenient for the Court in September of 2015. Should Your Honor approve of this proposal, the Parties will write separately with all rescheduled dates for any currently pending motions as referenced in the Stipulation. This is the parties' first such request for an adjournment.

    We are at the Court's disposal should it have any questions or concerns.

                                 Respectfully submitted,

                                 Scott M. Kessler

Honorable Loretta A. Preska, Chief U.S.D.J.
June 9, 2015
Page 2

---

Enclosures

cc:   Norman R. Cerullo, Esq.
      Jennifer Hartmann, Esq.
      Michael Marsh, Esq.
      Andrew Loewenstein, Esq.
      Christopher Lepore, Esq.

{30516251;2}