UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
KLX Inc.,                           :
                                    :
              Plaintiffs,           :   15 Civ. 2782 (LAP)
                                    :
    -against-                       :   ORDER
                                    :
NISSEN, et al.,                     :
                                    :
              Defendants.           :
                                    :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.:

   In light of Plaintiff's letter dated June 3, 2015 [dkt. no. 39] withdrawing its motion for a Local Rule 37.2 Conference, the docketing clerk is instructed to terminate Plaintiff's motion [dkt. no. 35].

SO ORDERED.

Dated:    New York, New York
          June 9, 2015

                                        _____
                                        LORETTA A. PRESKA
                                        Chief United States District Judge

1