



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/15

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
Tel: 212.880.3800
Fax: 212.880.8965

Dir: 212.880.3874
Dir Fax: 212.905.6411
Scott.Kessler@akerman.com

June 12, 2015

**VIA ECF**

Honorable Loretta A. Preska, Chief U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007-1312

    Re:   *KLX Inc. v. Nissen, et al.*, 7:15 Civ. 2782 (LAP)

Dear Judge Preska:

    We represent Plaintiff KLX Inc. ("Plaintiff" or "KLX") in the above-captioned matter, and submit this letter jointly with counsel for Defendants David Nissen and Joan Nissen (collectively, "Defendants") (altogether, the "Parties") to provide Your Honor with updated briefing schedules for Plaintiff's Motion for a Preliminary Injunction and Defendants' Motion to Dismiss pursuant to the Parties' Stipulation so-ordered by Your Honor on June 10, 2015. *See* Dkt. 41.

    The updated briefing schedule for Plaintiff's Motion for a Preliminary Injunction is as follows:

- **Defendants' Opposition Due**: September 3, 2015; and
- **Plaintiff's Reply Due**: September 18, 2015.

The updated briefing schedule for Defendants' Motion to Dismiss is:

- **Plaintiff's Opposition Due**: September 10, 2015; and
- **Defendants' Reply Due**: October 5, 2015.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

6/15/15

akerman.com

Honorable Loretta A. Preska, Chief U.S.D.J.
June 12, 2015
Page 2

---

We are at the Court's disposal should it have any questions or concerns.

Respectfully submitted,

Scott M. Kessler

cc: Norman R. Cerullo, Esq.
Jennifer Hartmann, Esq.
Michael Marsh, Esq.
Andrew Loewenstein, Esq.
Christopher Lepore, Esq.

{30516251;2}