UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
KLX, INC., a Delaware Corporation,

                                  Plaintiff,           No. 15-cv-2782 (LAP)(JCM)

               - against -                    **DECLARATION OF**
                                                                **NORMAN R. CERULLO**
DAVID NISSEN and JOAN NISSEN,

                                Defendants.
------------------------------------------------------------------- X

       NORMAN R. CERULLO declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

       1.       I am a member of the bar of this Court and an attorney with the law firm of Ruskin Moscou Faltischek, P.C., attorney for Defendants David Nissen and Joan Nissen in the above-referenced action.  I submit this declaration in support of Defendants' opposition to the motion for preliminary injunctive relief filed by Plaintiff KLX, Inc.

       2.       Attached hereto as Exhibit A is a true and correct copy of the preliminary injunction proposed by Defendants to resolve the instant motion (the "Nissens' Proposed Preliminary Injunction").

       3.       Attached hereto as Exhibit B is a true and correct copy of the Declaration of Joan Nissen, dated September 3, 2015, submitted in support of Defendants' opposition to Plaintiff's motion for preliminary injunctive relief.

       4.       Attached hereto as Exhibit C is a true and correct copy of the Declaration of David Nissen, dated May 26, 2015, submitted in support of Defendants' objection to Plaintiff's request for production of Defendants' personal computing and storage devices.

5.  Attached hereto as Exhibit D is a true and correct copy of Defendant Joan Nissen's Objections and Responses to Plaintiff's First Request for Admissions, dated May 22, 2015.

6.  Attached hereto as Exhibit E is a true and correct copy of Defendant David Nissen's Objections and Responses to Plaintiff's First Request for Admissions, dated May 22, 2015.

7.  Attached hereto as Exhibit F is a true and correct copy of Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Joan Nissen, dated May 22, 2015.

8.  Attached hereto as Exhibit G is a true and correct copy of Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant David Nissen, dated May 22, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2015

_____
Norman R. Cerullo