# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KLX, INC., a Delaware Corporation,

                              Plaintiff,            No. 15-cv-2782 (LAP)(JCM)

        - against -                **DECLARATION**
                                                        **OF JOAN NISSEN**
DAVID NISSEN and JOAN NISSEN,

                              Defendants.
-------------------------------------------------------------------X

       JOAN NISSEN declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

       1.       I am a Defendant in the above-captioned action. I submit this declaration in support of my opposition to Plaintiff KLX Inc.'s motion for preliminary injunctive relief.

       2.       KLX is my former employer. I resigned from the company in February 2015.

       3.       Prior to my last day of employment with KLX, I sent certain documents and correspondence from my KLX e-mail account to my personal e-mail account (the "KLX Information").

       4.       However, I have never used or disseminated the KLX Information. I do not even recall opening any of the e-mails containing the KLX Information. Nor did I forward, print or disseminate those e-mails in any way.

       5.       Since prior to the commencement of this action, I have offered to either return or destroy the KLX Information, but KLX has repeatedly rejected those offers.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2015

                                                                                               _____
                                                                                               Joan Nissen