UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLX INC., | ECF Case |
| Plaintiff, | Civil Action No.: 15-cv-2782(LAP)(JCM) |
| -against- | **DECLARATION OF** |
| DAVID NISSEN and JOAN NISSEN, | **SCOTT M. KESSLER** |
| Defendants. | |

I, Scott M. Kessler, hereby declare the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am a member of the bar of this Court and a partner at Akerman LLP, attorneys for Plaintiff KLX Inc. ("Plaintiff" or "KLX") in the above captioned action.  I submit this declaration in support of Plaintiff's Reply In Further Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.  This declaration is made from facts within my personal knowledge and I believe that all statements made herein are true, correct and complete.

2.      Attached hereto as Composite Exhibit "A" is a true and correct copy of Defendant David Nissen's Objections and Responses to Plaintiff's First Request for Admissions, dated May 22, 2015, and a true and correct copy of Defendant Joan Nissen's Objections and Responses to Plaintiff's First Request for Admissions, dated May 22, 2015.

3.      Attached hereto as Exhibit "B" is a true and correct copy of the transcript from the hearing held in connection with KLX's application for a temporary restraining order before the Honorable Kenneth M. Karas, U.S.D.J., on April 10, 2015.

{36200055;1}

4. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's Proposed Preliminary Injunction.

I declare under the penalty of perjury and subject to the provisions of 17 U.S.C.§ 1746 that the foregoing is true and correct.

Dated: September 18, 2015

_____
Scott M. Kessler