```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KLX Inc.,                           :
                                    :
               Plaintiff,           :   15 Civ. 2782 (LAP)
                                    :
     -against-                      :   ORDER
                                    :
NISSEN, et al.,                     :
                                    :
               Defendants.          :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Chief U.S.D.J.:

WHEREAS on September 25, 2015, the parties in this matter appeared before the Court for a settlement conference; and

WHEREAS as a result of that conference, the parties agreed to a resolution of this case set out on the record in a sealed transcript on September 25, 2015 withdrawing all claims in this action.

IT IS HEREBY ORDERED THAT the Clerk of Court shall mark this action closed and all pending motions denied as moot. The Court will retain jurisdiction to preside over any issues that may arise with respect to the settlement agreement.

SO ORDERED.

Dated:   New York, New York
         October 14, 2015

_____
LORETTA A. PRESKA
Chief United States District Judge